IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JORDAN NORRIS,<br>　　PLAINTIFF<br><br>vs.<br><br>MARK BRYANT<br>JOSH MARRIOTT, and<br>JEFF KEY,<br>　　DEFENDANTS. | )<br>)<br>)<br>)<br>)　CASE NUMBER 3:17-cv-01067<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR PERMISSION TO FILE VIDEO DVD AS EXHIBIT TO COMPLAINT**

　　Plaintiff, by and through counsel, requests permission to file with the Court a DVD containing video clips of the tasings described in the Complaint, to be treated as an exhibit to the Complaint and to be served upon the Defendants along with the Complaint. These video clips were previously provided to the undersigned counsel by the Cheatham County Sheriff's Office following a Tennessee Open Records Act request. The video clips do not contain any information subject to redaction pursuant to Fed. R. Civ. P. 5.2.

　　The video clips include two video files labeled as "Incident 1 - jail cam.avi" and "Incident 1 - taser cam.mov" which depict the events described in paragraphs 10-22 of the Complaint, as well as a file labeled "Incident 2 - taser cam.mov" depicting the events described in paragraphs 23-26. Upon information and belief, the time stamps in the "taser cam" videos are inaccurate.

1

Respectfully submitted,

**/s Benjamin K. Raybin**
**David J. Weissman (BPR #25188)**
**Benjamin K. Raybin (BPR #29350)**
RAYBIN & WEISSMAN, P.C.
424 Church Street, Suite 2120
Nashville, Tennessee 37219
(615) 256-6666
(615) 254-4254- fax
DWeissman@NashvilleTNLaw.com
BRaybin@NashvilleTNLaw.com
*Attorneys for the Plaintiff*