# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Jordan Norris | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3-17-1067 |
| Mark Bryant, Josh Marriott, and Jeff Key | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeff Key
Cheatham County Sheriff's Office
200 Court Square
Ashland City, TN 37015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin K. Raybin
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 24 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| Jordan Norris | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. **3-17-1067** |
| Mark Bryant, Josh Marriott, and Jeff Key | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Josh Marriott
Cheatham County Sheriff's Office
200 Court Square
Ashland City, TN 37015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin K. Raybin
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 2 4 2017             _____
                                *Signature of Clerk or Deputy Clerk*

Case 3:17-cv-01067   Document 4   Filed 07/24/17   Page 2 of 3 PageID #: 20

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Jordan Norris | ) | |
| _Plaintiff_ | ) | |
| v. | ) Civil Action No. **3-17-1067** | |
| Mark Bryant, Josh Marriott, and Jeff Key | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Mark Bryant
Cheatham County Sheriff's Office
200 Court Square
Ashland City, TN 37015


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin K. Raybin
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 2 4 2017

_Signature of Clerk or Deputy Clerk_