IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JORDAN NORRIS, | ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) ) | CASE NUMBER 3:17-cv-01067 CHIEF JUDGE CRENSHAW |
| MARK BRYANT, JOSH MARRIOTT, and JEFF KEY, | ) ) ) | MAGISTRATE JUDGE NEWBERN |
| DEFENDANTS. | ) | |

## STIPULATION OF DISMISSAL

The Plaintiff, **JORDAN NORRIS**, and the Defendants, **MARK BRYANT**, **JOSH MARRIOTT**, and **JEFF KEY**, all by their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby stipulate that all claims by Plaintiff against Defendants are dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| **RAYBIN & WEISSMAN, P.C.** | **DICKINSON WRIGHT PLLC** |
| By: /s/ Benjamin K. Raybin | By: /s/ Kelly M. Telfeyan |
| David J. Weissman, BPR #25188 | Jeffrey M. Beemer, BPR #17247 |
| Benjamin K. Raybin, BPR #29350 | Kelly M. Telfeyan, BPR #24473 |
| Raybin & Weissman, P.C. | Dickinson Wright PLLC |
| 424 Church Street, Suite 2120 | 424 Church Street, Suite 800 |
| Nashville, Tennessee 37219 | Nashville, Tennessee 37219 |
| Telephone: (615) 256-6666 | Telephone: (615) 244-6538 |
| email: DWeissman@NashvilleTnLaw.com       BRaybin@NashvilleTnLaw.com | Email: jbeemer@dickinsonwright.com              ktelfeyan@dickonsonwright.com |
| *Attorneys for Plaintiff Jordan Norris* | *Attorneys for Defendants Mark Bryant, Josh Marriott, and Jeff Key* |

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on September 18th, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties indicated below:

Jeffrey M. Beemer
Kelly M. Telfeyan
Dickinson Wright PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219

              /s/ Benjamin K. Raybin
              Benjamin K. Raybin