UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JORDAN NORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:17-cv-01067 ) CHIEF JUDGE CRENSHAW |
| MARK BRYANT, JOSH MARRIOTT and JEFF KEY, | ) ) ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 14). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE