Jordan Norris

        Plaintiff,

v.                                      Case No.: 3:17–cv–01067

Mark Bryant, et al.

        Defendant,

## ENTRY OF JUDGMENT

       Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/26/2017 re [15].

                                    Keith Throckmorton, Clerk
                                  s/ Jessica Wayman, Deputy Clerk